1  ORRY P. KORB, County Counsel (S.B. #114399)
   JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA and Its
6  Santa Clara Valley Medical Center,
   PAUL ESTESS AND ANNA HUGHES

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | HUIMIN SONG,                              | No. 12-CV05848 RMW
12 |        Plaintiff,                         | **STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
13 | v.
14 | COUNTY OF SANTA CLARA; SANTA CLARA VALLEY MEDICAL CENTER; PAUL
15 | ESTESS, ANNA HUGHES; and Does 1 through 70,
16 |
17 |        Defendants.

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                     1
Stip and Order Enlarging Time for Defendants to                         12-CV05848 RMW
Respond to Plaintiff's FAC and Continuance of CMC

1  The parties, through their respective counsel of record, hereby stipulate and agree to an order
2  enlarging time, until May 8, 2013, for Defendants County of Santa Clara and its Santa Clara Valley
3  Medical Center, Paul Estess and Anna Hughes to file and serve a response to the First Amended
4  Complaint of Plaintiffs Huimin Song.  The First Amended Complaint was served on March 13,
5  2013.
6  Good cause exists for this enlargement of time (30 additional days).  Song and the County of
7  Santa Clara are involved in litigation in the matter of *Huimin Song and Andy Xie v. County of Santa*
8  *Clara, Santa Clara Valley Medical Center, et. al.*, Case No. CV11-04450, pending before United
9  States District Judge Edward J. Davila.  The parties have been engaged in private mediation since
10 January 16, 2013 with mediator Kael Briski of the Briski Mediation Group.  Since the initial
11 mediation on January 16, the parties and Mr. Briski have had countless email communications, two
12 face to face discussions and no less than twelve phone conferences.  Settlement demands, offers and
13 terms of resolution have been exchanged.  The parties are in the process of scheduling another
14 mediation session during the week of April 15, 2013.  The settlement discussions have involved
15 resolution of all issues, including the allegations giving rise to this lawsuit, between Song and the
16 County.  In view of the time and effort that will be necessary to prepare an appropriate responsive
17 pleading, and the impending mediation session which the parties are hopeful will end both lawsuits,
18 the parties respectfully request an order enlarging Defendants time to respond to the First Amended
19 Complaint.  Furthermore, the parties request that the Case Management Conference be continued to
20 Friday, May 17, 2013, 10:30 a.m.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  I hereby attest that I have on file the holograph signature indicated by a "conformed"
2  signature (/S/) within this e-filed document.
3  IT IS SO STIPULATED

                              Respectfully submitted,

                              LAW OFFICES OF
                              BONNER & BONNER

Dated: March 26, 2013        By:     /S/
                              CHARLES A. BONNER, ESQ.
                              Attorney for Plaintiff
                              HUIMIN SONG

                              ORRY P. KORB
                              County Counsel

Dated: March 26, 2013        By:     /S/
                              JOHN L. WINCHESTER, III
                              Deputy County Counsel

                              Attorneys for Defendant
                              COUNTY OF SANTA CLARA and Its
                              Santa Clara Valley Medical Center,
                              PAUL ESTESS AND ANNA HUGHES

### ORDER

Defendants may have to and including May 8, 2013 by which to file and serve a response to Plaintiff's First Amended Complaint. The Case Management Conference is continued to May 17, 2013, 10:30 a.m. The Joint Case Management Statement is to be filed no later than May 10, 2013.

Dated: _____     *Ronald M. Whyte*
                              HONORABLE RONALD M. WHYTE
                              United States District Court Judge

729215

3