1   ORRY P. KORB, County Counsel (S.B. #114399)
    JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
3   San Jose, California  95110-1770
    Telephone: (408) 299-5900
4   Facsimile:  (408) 292-7240

5   Attorneys for Defendants
    COUNTY OF SANTA CLARA and Its
6   Santa Clara Valley Medical Center,
    PAUL ESTESS AND ANNA HUGHES

7

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  HUIMIN SONG,                              No. 12-CV05848 RMW
                                              **AMENDED**
12              Plaintiff,                     **STIPULATION AND ORDER ENLARGING
                                              TIME FOR  DEFENDANTS TO RESPOND
13  v.                                        TO PLAINTIFF'S FIRST AMENDED
                                              COMPLAINT AND CONTINUANCE OF
14  COUNTY OF SANTA CLARA; SANTA              CASE MANAGEMENT CONFERENCE**
    CLARA VALLEY MEDICAL CENTER; PAUL
15  ESTESS, ANNA HUGHES; and Does 1 through
    70,
16
                Defendants.
17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

1    The parties, through their respective counsel of record, hereby stipulate and agree to an order

2    enlarging time, until June 16, 2013, for Defendants County of Santa Clara and its Santa Clara Valley

3    Medical Center, Paul Estess and Anna Hughes to file and serve a response to the First Amended

4    Complaint of Plaintiffs Huimin Song.  The First Amended Complaint was served on March 13,

5    2013.

6    Good cause exists for this enlargement of time (30 additional days).  Song and the County of

7    Santa Clara are involved in litigation in the matter of *Huimin Song and Andy Xie v. County of Santa*

8    *Clara, Santa Clara Valley Medical Center, et. al.*, Case No. CV11-04450, pending before United

9    States District Judge Edward J. Davila.  The parties have been engaged in private mediation since

10   January 16, 2013 with mediator Kael Briski of the Briski Mediation Group.  Since the initial

11   mediation on January 16, the parties and Mr. Briski have had countless email communications, two

12   face to face discussions and no less than twelve phone conferences.  Settlement demands, offers and

13   terms of resolution have been exchanged.  The parties are in the process of scheduling another

14   mediation session on Friday, May 17, 2013 at 9:30 a.m..  The settlement discussions have involved

15   resolution of all issues, including the allegations giving rise to this lawsuit, between Song and the

16   County.  In view of the time and effort that will be necessary to prepare an appropriate responsive

17   pleading, and the impending mediation session which the parties are hopeful will end both lawsuits,

18   the parties respectfully request an order enlarging Defendants time to respond to the First Amended

19   Complaint.  Furthermore, the parties request that the Case Management Conference be continued to

20   Friday, June 28, 2013, 10:30 a.m.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    I hereby attest that I have on file the holograph signature indicated by a "conformed"

2  signature (/S/) within this e-filed document.

3  IT IS SO STIPULATED

4                                        Respectfully submitted,

5                                        LAW OFFICES OF
                                         BONNER & BONNER
6
Dated:  March 26, 2013            By: _____/S/_____
7                                        CHARLES A. BONNER, ESQ.
                                         Attorney for Plaintiff
8                                        HUIMIN SONG

9                                        ORRY P. KORB
10                                        County Counsel

11 Dated:  March 26, 2013            By: _____/S/_____
                                         JOHN L. WINCHESTER, III
12                                        Deputy County Counsel

13                                        Attorneys for Defendant
                                         COUNTY OF SANTA CLARA and Its
14                                        Santa Clara Valley Medical Center,
                                         PAUL ESTESS AND ANNA HUGHES
15

16                          **ORDER**

17    Defendants may have to and including June 16, 2013 by which to file and serve a response to

18 Plaintiff's First Amended Complaint.  The Case Management Conference is continued to June 28,

19 2013, 10:30a.m..  The Joint Case Management Statement is to be filed no later than June 21, 2013.

20

21 Dated: _____      *Ronald M. Whyte*

22                                        HONORABLE RONALD M. WHYTE
                                         United States District Court Judge

23

24

25

26

27

28  729215

                              3