1 | ORRY P. KORB, County Counsel (S.B. #114399)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
3 | San Jose, California  95110-1770
Telephone: (408) 299-5900
4 | Facsimile:  (408) 292-7240

5 | Attorneys for Defendants
COUNTY OF SANTA CLARA and Its
6 | Santa Clara Valley Medical Center,
PAUL ESTESS AND ANNA HUGHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUIMIN SONG,<br><br>         Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>         Defendants. | No. 12-CV05848 RMW<br><br>**STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The parties, through their respective counsel of record, hereby stipulate and agree to an order enlarging time, until July 29, 2013, for Defendants County of Santa Clara and its Santa Clara Valley Medical Center, Paul Estess and Anna Hughes to file and serve a response to the First Amended Complaint of Plaintiff Huimin Song.  The First Amended Complaint was served on March 13, 2013.

Although this is the third requested extension, good cause exists for this enlargement of time. Song and the County of Santa Clara are involved in litigation in the matter of *Huimin Song and Andy Xie v. County of Santa Clara, Santa Clara Valley Medical Center, et. al.*, Case No. CV11-04450, pending before United States District Judge Edward J. Davila.  The parties have been engaged in private mediation since January 16, 2013 with mediator Kael Briski of the Briski Mediation Group. Since the initial mediation on January 16, the parties and Mr. Briski have had countless email communications, four face to face discussions and no less than twenty phone conferences. Settlement demands, offers and terms of resolution have been exchanged.  The settlement

1  discussions have involved resolution of all issues, including the allegations giving rise to this
2  lawsuit, between Song and the County.  The parties resolved the matter on April 29, 2013.
3  However, counsel for plaintiff was engaged in trial between May 6 and May 13, 20013.  Plaintiffs
4  and the mediator were provided with proposed release agreements thereafter on May 16, 2013.
5  Since that time, plaintiffs and the mediator have met on two occasions to discuss the terms of the
6  release agreement.  Lead counsel for plaintiffs, Charles Bonner, is now currently out of the country
7  and expected to return at the end of June.  The parties are hopeful that the release agreements will be
8  executed and the matter resolved following Mr. Bonner's return.

   In view of the time and effort that will be necessary to prepare an appropriate responsive pleading and the anticipated settlement of all litigation, the parties respectfully request an order enlarging Defendants time to respond to the First Amended Complaint to July 29, 2013. Furthermore, the parties request that the Case Management Conference be continued to Friday, August 52, 2013, 10:30 a.m.

   I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO STIPULATED

|                       | Respectfully submitted,                    |
|-----------------------|--------------------------------------------|
|                       | LAW OFFICES OF                             |
|                       | BONNER & BONNER                            |
| Dated:  June 21, 2013 | By:  _____/S/_____                       |
|                       | CHARLES A. BONNER, ESQ.                    |
|                       | Attorney for Plaintiff                     |
|                       | HUIMIN SONG                                |
|                       |                                            |
|                       | ORRY P. KORB                               |
|                       | County Counsel                             |
| Dated:  June 21, 2013 | By:  _____/S/_____                       |
|                       | JOHN L. WINCHESTER, III                    |
|                       | Deputy County Counsel                      |
|                       |                                            |
|                       | Attorneys for Defendant                    |
|                       | COUNTY OF SANTA CLARA and Its              |
|                       | Santa Clara Valley Medical Center,         |
|                       | PAUL ESTESS AND ANNA HUGHES                |

**ORDER**

Defendants may have to and including July 29, 2013 by which to file and serve a response to Plaintiff's First Amended Complaint. The Case Management Conference is continued to August 52, 2013, 10:30 a.m. The Joint Case Management Statement is to be filed no later than August 45, 2013.

Dated: ÎÐÐÐH

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge

729215

3

Stip and Order Enlarging Time for Defendants to
Respond to Plaintiff's FAC and Continuance of CMC

12-CV05848 RMW