1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF CHARLES A. BONNER**
   475 GATE FIVE RD, SUITE 212
3  SAUSALITO, CA 94965
4  TEL: (415) 331-3070
   FAX: (415) 331-2738
5  cbonner799@aol.com
   cabral@bonnerlaw.com
6
   Attorneys for Plaintiff
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | HUIMIN SONG,                          | No. CV12-05848 RMW
12 |         Plaintiff,                    | **STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
13 | v.                                    |
14 | COUNTY OF SANTA CLARA; SANTA CLARA VALLEY MEDICAL CENTER; PAUL ESTESS, ANNA HUGHES; and Does 1 through 70, |
15 |                                       |
16 |         Defendants.                   |
17

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1

1    The parties, through their respective counsel of record, hereby stipulate and agree to an order
2 Continuing the Case Managment Conference presently scheduled for November 1, 2013 at 10:30
3 AM in Corutroom 6, 4th Floor, San Jose CA.

4    Good cause exists for this enlargement of time (60 additional days).  Song and the County of
5 Santa Clara are involved in litigation in the matter of *Huimin Song and Andy Xie v. County of Santa*
6 *Clara, Santa Clara Valley Medical Center, et. al.*, Case No. CV11-04450, pending before United
7 States District Judge Edward J. Davila. The parties are also waiting the ruling in this matter on
8 Defendants' pending Summary Judgment Motion, which will impact the settlement discussion now
9 in progress.

10   The parties have been engaged in private mediation since January 16, 2013 with mediator
11 Kael Briski of the Briski Mediation Group.  Since the initial mediation on January 16, the parties and
12 Mr. Briski have had countless email communications, two face to face discussions and no less than
13 twelve phone conferences.  Settlement demands, offers and terms of resolution have been
14 exchanged.  The parties are in the process of scheduling another mediation session with Mr. Briski,
15 which will be take place in the next 30 days.  The settlement discussions have involved resolution of
16 all issues, including the allegations giving rise to this lawsuit, between Song and the County. The
17 parties are hopeful that both lawsuits will be resolved at this upcoming mediation.

18   The parties request 60 days to allow sufficient time for both the ruling on the summary
19 judgment, and to complete the mediation in all matters. The parties are optimistic that mediation will
20 result in a resolution of all matters, obviating the necessity of any further litigation between these
21 parties.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO STIPULATED

                                             Respectfully submitted,

                                             LAW OFFICES OF
                                             BONNER & BONNER

Dated: October 31, 2013          By:          /S/
                                                   CHARLES A. BONNER, ESQ.
                                                   Attorney for Plaintiff
                                                   HUIMIN SONG


                                             ORRY P. KORB
                                             County Counsel

Dated: October 31, 2013          By:          /S/
                                                   JOHN L. WINCHESTER, III
                                                   Deputy County Counsel

                                             Attorneys for Defendant
                                             COUNTY OF SANTA CLARA and Its
                                             Santa Clara Valley Medical Center,
                                             PAUL ESTESS AND ANNA HUGHES

**ORDER**

The Case Management Conference is continued to January 10, 2014 at 10:30 a.m. The Joint Case Management Statement is to be filed no later than January 3, 2014.

Dated: FEDFDTH

HONORABLE RONALD M. WHYTE
United States District Court Judge

729215