1   ORRY P. KORB, County Counsel (S.B. #114399)
    JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
3   San Jose, California  95110-1770
    Telephone: (408) 299-5900
4   Facsimile:  (408) 292-7240

5   Attorneys for Defendants
    COUNTY OF SANTA CLARA and Its
6   Santa Clara Valley Medical Center,
    PAUL ESTESS AND ANNA HUGHES

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  HUIMIN SONG,                          No. CV12-05848 RMW

12            Plaintiff,                  **STIPULATION AND ORDER ENLARGING
                                          TIME FOR  DEFENDANTS TO RESPOND
13  v.                                    TO PLAINTIFF'S FIRST AMENDED
                                          COMPLAINT AND CONTINUANCE OF
14  COUNTY OF SANTA CLARA, et al.,        CASE MANAGEMENT CONFERENCE**

15            Defendants.

16

17          The parties, through their respective counsel of record, hereby stipulate and agree to an order

18  enlarging time, until February 14, 2014, for Defendants County of Santa Clara and its Santa Clara

19  Valley Medical Center, Paul Estess and Anna Hughes to file and serve a response to the First

20  Amended Complaint of Plaintiff Huimin Song.  The First Amended Complaint was served on March

21  13, 2013.

22          The parties recognize that there have been several extensions in this matter.  However, good

23  cause continues to exist for this enlargement of time.  Song and the County of Santa Clara are

24  involved in litigation in the matter of *Huimin Song and Andy Xie v. County of Santa Clara, Santa

25  Clara Valley Medical Center, et. al.*, Case No. CV11-04450, pending before United States District

26  Judge Edward J. Davila.  The parties have been engaged in private mediation since January 16, 2013

27  with mediator Kael Briski of the Briski Mediation Group.  Since the initial mediation on January 16,

28  the parties and Mr. Briski have had countless email communications, five face to face discussions

                                            1

1    and no less than fifty phone conferences.  Many settlement demands, offers and terms of resolution

2    have been exchanged, most recently in discussion between counsel on December 24, 2013.  The

3    settlement discussions have involved resolution of all issues in the *Song and Xie v. County matter*,

4    the allegations giving rise to the present lawsuit, multiple EEOC complaints, union grievances and

5    recent personnel actions involving Song, Xie and the County.

6            On November 25, 2013, Judge Davilla issued an Order Granting in Part and Denying In Part

7    Defendants' Motion for Summary Judgment in *Huimin Song and Andy Xie v. County of Santa Clara,*

8    *Santa Clara Valley Medical Center*.  Judge Davila, on December 3, 2013, issued an Order permitting

9    the parties to file a further dispositive motion on the remaining cause of action in that matter.

10   Briefing was completed on December 16, 2013.  The parties believe the outcome of the dispositive

11   motion on the remaining cause of action will impact the settlement discussions currently pending

12   with the mediator, Mr. Briski, and request a final extension in the present matter.

13           In view of the time and effort that will be necessary to prepare an appropriate responsive

14   pleading and the anticipated settlement of all litigation, the parties respectfully request a final order

15   enlarging Defendants time to respond to the First Amended Complaint to February 14, 2014.

16   Furthermore, the parties request that the Case Management Conference be continued to Friday,

17   February 28, 2014, 10:30 a.m.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Stip and Order Enlarging Time for Defendants to                                    CV12-05848 RMW
Respond to Plaintiff's  FAC and Continuance of CMC

1   I hereby attest that I have on file the holograph signature indicated by a "conformed"

2   signature (/S/) within this e-filed document.

3   IT IS SO STIPULATED

4                                           Respectfully submitted,

5                                           LAW OFFICES OF
                                            BONNER & BONNER
6

7   Dated:  December 27, 2013       By:    _____/S/_____

8                                           CHARLES A. BONNER, ESQ.
                                            Attorney for Plaintiff
9                                           HUIMIN SONG

10                                          ORRY P. KORB
                                            County Counsel
11

12  Dated:  December 27, 2013       By:    _____/S/_____

13                                          JOHN L. WINCHESTER, III
                                            Deputy County Counsel
14
                                            Attorneys for Defendant
15                                          COUNTY OF SANTA CLARA and Its
                                            Santa Clara Valley Medical Center,
16                                          PAUL ESTESS AND ANNA HUGHES

17                          **ORDER**

18      Defendants may have to and including February 14, 2014 by which to file and serve a

19  response to Plaintiff's First Amended Complaint.  The Case Management Conference is continued to

20  February 28, 2014, 10:30 a.m.  The Joint Case Management Statement is to be filed no later than

21  February 21, 2013.

22

23  Dated: _____FILED_____       *Ronald M. Whyte*

24                                          HONORABLE RONALD M. WHYTE
                                            United States District Court Judge
25

26

27

28

                                            3