1  ORRY P. KORB, County Counsel (S.B. #114399)
   MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA (Erroneously Sued
6  Herein as Santa Clara Valley Medical Center),
   ANNA HUGHES, and PAUL ESTESS
7

8  CHARLES A. BONNER, ESQ. (S.B. #85413)
   A. CABRAL BONNER, ESQ. (S.B. #247528)
9  LAW OFFICES OF CHARLES A. BONNER
   475 Gate Five Road, Suite 212
10 Sausalito, California 94965
   Telephone: (415) 331-3070
11 Facsimile:  (415) 331-2738

12 Attorneys for Plaintiff
   HUIMIN SONG
13

                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          (San Jose Division)

HUIMIN SONG,                         No.  CV12-05848 RMW

         Plaintiff,                  **STIPULATION AND ORDER TO MODIFY
                                     CASE MANAGEMENT ORDER**
v.

COUNTY OF SANTA CLARA; SANTA
CLARA VALLEY MEDICAL CENTER; PAUL
ESTESS, ANNA HUGHES; and Does 1 through
70,

         Defendants.

         In light of the above, the parties stipulate to modify the deadlines in the Court's April

15, 2014 Case Management Order as follows:

///

///

///

1

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | December 15, 2014 | March 9, 2015 |
| Expert Designation | January 16, 2015 | April 10, 2015 |
| Supplemental Expert Designation | February 3, 2015 | April 28, 2015 |
| Last Day to hear dispositive motion | March 6, 2015 @ 9:00 a.m. | May 29, 2015 @ 9:00 a.m. |
| Expert Discovery Cutoff | March 17, 2015 | June 9, 2015 |
| Pre-Trial Conference | April 2, 2015 @ 2:00 p.m. | June 25, 2015 @ 2:00 p.m. |
| Trial Date: 8-Day Jury Trial | April 20, 2015 at 1:30 p.m. | July 42, 2015 @ 1:30 p.m. |

The grounds for this stipulation and order are that the parties unsuccessfully attempted to resolve this matter at a settlement conference before Magistrate Nathaniel Cousins on October 30, 2014. On that day, the parties attended a settlement conference on another employment -related lawsuit involving plaintiff Song and Santa Clara County (Huimin Song and An Xie versus Santa Clara County Case No. 11-CV-04450 EJD). Neither matter resolved. The parties have been preparing for trial in the Song and Xie versus Santa Clara County matter. A jury trial in that matter begins in front of Judge Davila on January 13, 2015. The trial is expected to last six court days.

The parties seek a continuance of the trial date for the opportunity to conduct additional discovery and possibly return to mediation to resolve this case, plus several additional pending EEOC claims filed the Plaintiff. The parties feel that it is in the best interest parties and judicial economy for all of Plaintiff's claims to be bundled and mediated so as to obviate the necessity of multiple trials.

///

///

///

///

///

///

///

The parties have not previously sought to continue the trial date in this matter or move any deadlines after the Court issued its April 15, 2014, case management order.

ORRY P. KORB
COUNTY COUNSEL

Dated: 01/09/2015

By: _____/S/_____

MICHAEL C. SERVERIAN
Deputy County Counsel

Attorneys for County Defendants

LAW OFFICES OF BONNER & BONNER

Dated: 01/09/2015

By: _____/S/_____

CHARLES A. BONNER

Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1042515