1  ORRY P. KORB, County Counsel (S.B. #114399)
   MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA (Erroneously Sued
6  Herein as Santa Clara Valley Medical Center),
   ANNA HUGHES, and PAUL ESTESS
7

8  CHARLES A. BONNER, ESQ. (S.B. #85413)
   A. CABRAL BONNER, ESQ. (S.B. #247528)
9  LAW OFFICES OF CHARLES A. BONNER
   475 Gate Five Road, Suite 212
10 Sausalito, California 94965
   Telephone: (415) 331-3070
11 Facsimile:  (415) 331-2738

12 Attorneys for Plaintiff
   HUIMIN SONG
13

14                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                     (San Jose Division)

16

17 HUIMIN SONG,                           No.  CV12-05848 RMW

18         Plaintiff,                     **STIPULATION AND [] ORDER
                                          TO CONTINUE TRIAL DATE AND
19 v.                                     PRETRIAL DEADLINES**

20 COUNTY OF SANTA CLARA; SANTA
   CLARA VALLEY MEDICAL CENTER; PAUL
21 ESTESS, ANNA HUGHES; and Does 1 through
   70,
22
           Defendants.
23

24
       Based on the need for additional depositions and more extensive written discovery, the
25
   parties, through their respective counsel, stipulate to continue the July 13, 2015 trial date and pretrial
26
   deadlines previously modified by Stipulation and Order on January 15, 2015 as follows:
27
   / /
28

                                                    1

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | March 9, 2015 | June 8, 2015 |
| Expert Designation | April 10, 2015 | July 9, 2015 |
| Supplemental Expert Designation | April 28, 2015 | July 27, 2015 |
| Last Day to hear dispositive motion | May 29, 2015 @ 9:00 a.m | August 28, 2015 @ 9:00 a.m. |
| Expert Discovery Cutoff | June 9, 2015 | September 7, 2015 |
| Pre-Trial Conference | June 25, 2015 @ 2:00 p.m. | October 8, 2015 @ 2:00 p.m. |
| Trial Date: 8-Day Jury Trial | July 13, 2015 @ 1:30 p.m. | November 2, 2015 @ 1:50 p.m. |

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

ORRY P. KORB
COUNTY COUNSEL

Dated: March 25, 2015

By: _____/S/_____
MICHAEL C. SERVERIAN
Deputy County Counsel

Attorneys for County Defendants


LAW OFFICES OF BONNER & BONNER

Dated: March 25, 2015

By: _____/S/_____
CHARLES A. BONNER

Attorneys for Plaintiff


IT IS SO ORDERED.

Dated: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1073054

2