1  ORRY P. KORB, County Counsel (S.B. #114399)
   MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA (Erroneously Sued
6  Herein as Santa Clara Valley Medical Center),
   ANNA HUGHES, and PAUL ESTESS
7

8  CHARLES A. BONNER, ESQ. (S.B. #85413)
   A. CABRAL BONNER, ESQ. (S.B. #247528)
9  LAW OFFICES OF CHARLES A. BONNER
   475 Gate Five Road, Suite 212
10 Sausalito, California 94965
   Telephone: (415) 331-3070
11 Facsimile:  (415) 331-2738

12 Attorneys for Plaintiff
   HUIMIN SONG
13

14                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                      (San Jose Division)

16

17 HUIMIN SONG,                              No.  CV12-05848 RMW

18        Plaintiff,                         **STIPULATION AND ORDER TO EXTEND
                                             DEADLINE FOR DISCOVERY CUT-OFF**
19 v.

20 COUNTY OF SANTA CLARA; SANTA
   CLARA VALLEY MEDICAL CENTER; PAUL
21 ESTESS, ANNA HUGHES; and Does 1 through
   70,
22
          Defendants.
23

24

25        The parties stipulate to extend the June 8, 2015 deadline for fact discovery cut-off from June

26 8, 2015, to July 3, 2015.

27        The grounds for this stipulation and order are the parties need one more month for additional

28 depositions and to accommodate some witnesses who were not available for deposition at the time of

                                              1
Stipulation and Order to Extend Discovery Cut-Off                              CV12-05848 RMW

the discovery cut-off. The parties do not seek to modify any other deadlines with respect to the scheduling of this case.

Dated: June 2, 2015

ORRY P. KORB
COUNTY COUNSEL

By: ____/S/_____
MICHAEL C. SERVERIAN
Deputy County Counsel

Attorneys for County Defendants


LAW OFFICES OF BONNER & BONNER

Dated: June 2, 2015

By: ____/S/_____
CHARLES A. BONNER

Attorneys for Plaintiff


IT IS SO ORDERED.

Dated: __* #&) #/)_____

*Ronald M. Whyte* (signature)

RONALD M. WHYTE
United States District Judge

1123186