1  ORRY P. KORB, County Counsel (S.B. #114399)
   MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  *Attorneys for Defendants*
   COUNTY OF SANTA CLARA (erroneously sued
6  herein as Santa Clara Valley Medical Center),
   ANNA HUGHES, and PAUL ESTESS
7
   CHARLES A. BONNER, ESQ. (S.B. # 85413)
8  A. CABRAL BONNER, ESQ. (S.B. # 247528)
   LAW OFFICES OF CHARLES A. BONNER
9  475 Gate Five Road, Ste. 212
   Sausalito, CA  94965
10 Telephone: (415) 331-3070
   Facsimile:  (415) 331-2738
11
   *Attorneys for Plaintiff* HUIMIN SONG
12

13              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
14                  (San Jose Division)

15

16 HUIMIN SONG,                         No. CV12-05848 RMW

17          Plaintiff,                  **STIPULATED DISMISSAL
                                        AND ORDER THEREON**
18 v.

19 COUNTY OF SANTA CLARA; SANTA
   CLARA VALLEY MEDICAL CENTER; PAUL
20 ESTESS, ANNA HUGHES; and Does 1 through
   70,
21
            Defendants.
22

23       IT IS HEREBY STIPULATED by and between Plaintiff Huimin Song and Defendants

24 County of Santa Clara, Anna Hughes, and Paul Estess, through their undersigned counsel, that the

25 entire action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule

26 41(a)(1)(ii).

27       IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to dismiss the entire

28 action with prejudice.

Stipulated Dismissal and Order Thereon                              CV12-05848 RMW

1      IT IS FURTHER STIPULATED THAT each party shall bear its own costs and

2  attorney's fees.

3  Dated: October 5, 2015                    LAW OFFICES OF CHARLES A. BONNER

4

5

6                                           By: _____/s/_____
                                            CHARLES A. BONNER
7                                           A. CABRAL BONNER
                                            *Attorneys for Plaintiff Huimin Song*

8  Dated: October 5, 2015                    ORRY P. KORB
                                            County Counsel
9

10

11                                          By:_____/s/_____
                                            MICHAEL C. SERVERIAN
12                                          Deputy County Counsel
                                            *Attorneys for Defendants*
13                                          *County of Santa Clara (erroneously sued herein as*
                                            *Santa Clara Valley Medical Center), Anna*
14                                          *Hughes, and Paul Estess*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

<u>ORDER</u>

2

3        THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED

4    ADJUDGED AND DECREED THAT:

5        1.     The entire action be dismissed with prejudice as to all plaintiffs pursuant to Federal

6    Rule of Civil Procedure 41(a)(1)(ii).

7        2.     The clerk shall enter judgment dismissing the entire action with prejudice.

8        3.     Each party shall bear its own costs and attorney's fees.

9

10   DATED: 10/5/2015                        *Ronald M. Whyte*

11                                           JUDGE OF THE DISTRICT COURT

12

13

14   1181472

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3